FILED
At Albuquerque NM

APR 1 3 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 11-902 MCA |
| Plaintiff, ) | |
| ) | Count 1: 18 U.S.C. §§ 1153, 2243(a) and |
| vs. ) | 2246(2)(A): Sexual Abuse of A Minor. |
| ) | |
| **STEVEN HENRY SISNEROS,** ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or between March 21, 2011 and March 25, 2011, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **STEVEN HENRY SISNEROS**, an Indian, did knowingly engage in a sexual act with Jane Doe, a person known to the grand jury, and the sexual act consisted of contact between the Defendant's penis and the vulva of Jane Doe, who at the time had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than the Defendant.

In violation of 18 U.S.C. §§ 1153, 2243(a) and 2246(2)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

04/05/11 10:24am