# PLEA MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 11-902 MCA | UNITED STATES vs. STEVEN HENRY SISNEROS |
|---|---|

**Before The Honorable Alan C. Torgerson, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **June 21, 2011** | Time In and Out: | **10:18 am - 10:50 am (COURT TIME: 16 mins)** |
| Clerk: | **Mary Lou Gonzales** | FTR Information: | **FTR-Gila** |
| Defendant: | **Steven Henry Sisneros** | Defendant's Counsel: | **Margaret Katze, AFPD** |
| AUSA: | **Mark Baker** | Interpreter: | Sworn |

| | |
|---|---|
| **X** | Defendant Sworn |
| | First Appearance |
| **X** | Consent to proceed before a magistrate judge and original executed by Deft. |
| **X** | Deft acknowledges receipt of: Indictment |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| **X** | Terms and conditions of proposed plea explained. |
| **X** | Factual predicate to sustain the plea provided. |
| **X** | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| **X** | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| **X** | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| **X** | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea. |
| **X** | Deft pleads GUILTY to: **Indictment** |
| **X** | Allocution by Deft on elements of charge(s). **Elements recited by Court w/affirmation by deft** |
| **X** | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| **X** | Deft adjudged guilty. |
| **X** | Acceptance of plea deferred until final disposition hearing by district judge. |
| **X** | Sentencing Date: **to be notified** |
| **X** | Defendant to Remain in Custody |
| | Present conditions of release continued / Conditions changed to: |
| | Penalty for failure to appear explained |
| **X** | Presentence Report Ordered — **Expedited (Type III)** |
| | Other Matters: No written plea agreement; Gov't proffer of evidence at trial tendered in open court. |
| **X** | **cc: Probation & Carol Bevel-Erwin, CRD** |