|  | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**SENTENCING MINUTE SHEET** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CR No. | 11-902 MCA | | | USA vs. | SISNEROS | | | | |
| Date | 10/5/11 | | | Name of Deft: | STEVEN HENRY SISNEROS | | | | |
| | Before the Honorable | M. CHRISTINA ARMIJO | | | | | | | |
| Time In/Out: | 3:15pm-3:35pm | | | Total Time in Court (for JS10): | 20 minutes | | | | |
| Clerk: | C. Bevel | | | Court Reporter: | M. Kubilus | | | | |
| AUSA: | Louis Valencia | | | Defendant's Counsel: | Margaret Katze | | | | |
| Sentencing in: | Albuquerque | | | Interpreter: | N/A | | | | |
| Probation Officer: | Mindy Pirkovic | | | Sworn? | | Yes | | No | |
| Convicted on: | **X** | Plea | | Verdict | As to: | | Information | **X** | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Single Count** | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 6/21/11 | | | | PSR: | **X** | Not Disputed | | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| **SENTENCE IMPOSED** | 30 MONTHS | | |
|---|---|---|---|
| Supervised Release: 5 Years | Probation: | | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

|   |   |   |   |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| X | Participate in substance abuse program/drug testing | X | Register as sex offender |
| X | Participate in mental health program | X | Participate in sex offender treatment program |
| X | No alcohol/liquor establishments | | Possess no sexual material |
| X | Submit to search of person/property | | No computer with access to online services |
| X | No contact with victim(s) and/or co-Deft(s) | X | No contact with children under 18 years |
| X | No entering, or loitering near, victim's residence | X | No volunteering where children supervised |
| | Provide financial information | X | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | X | No loitering within 100 feet of school yards |
| X | OTHER: Standard sex offender conditions as approved by the District of New Mexico | | |

| Fine: $ | **0** | | | Restitution: $ | **0** | | |
|---|---|---|---|---|---|---|---|
| SPA: $ | 100.00 | ($100 as to each Count) | | Payment Schedule: | X | Due Imm. | Waived |
| OTHER: | | | | | | | |

| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Deft in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | FCI, Safford Arizona | |
| | Dismissed Counts: | | |
| OTHER COMMENTS | Defendant addresses Court | | |