PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Steven Henry Sisneros |
| Docket Number: | 1:11CR00902-001MCA |
| Assigned Judge: | Honorable M. Christina Armijo, Chief United States District Judge |
| Date of Original Sentence: | October 5, 2011 |
| Original Offense: | 18 U.S.C. 2243(a), 18 U.S.C. 2246(2)(A) Sexual Abuse of A Minor; 18 U.S.C. 1153 Crime in Indian Country |
| Original Sentence: | 30 months custody; 5 year TSR |
| Date Supervision Commenced: | June 11, 2013 |
| Date Supervision Expires: | June 10, 2018 |
| Other Court Action: | None. |

## PETITIONING THE COURT

No warrant requested; defendant in federal custody

U.S. Probation Officer of the Court, Dominico Encinias, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SC | Standard Condition - "The defendant shall notify the probation officer ten days prior to any change in residence or employment." |
| | On June 24, 2013, the defendant absconded from Diersen Residential Reentry Center where he was residing. Mr. Sisneros' whereabouts were unknown from June 24, 2013, until his arrest on July 23, 2013. |
| Special Condition | Special Condition - "The defendant must participate in and successfully complete an outpatient mental health treatment program approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment to be determined by the Probation Officer." |
| | On June 24, 2013, the defendant failed to attend his counseling appointment at Relevancy Inc. |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 16, 2013.

Submitted:                                    Approved:                    ☒ Phone Approval

_Richard Bohlken for_
Dominico Encinias
U.S. Probation Officer

Date: August 16, 2013

Kimberly Brawley
Assistant U.S. Attorney

Date: August 16, 2013