| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**VIOLATION OF SUPERVISION PROCEEDINGS**<br>**MINUTE SHEET** | | | | | | |
|---|---|---|---|---|---|---|---|
| CR No.: | 11-902 MCA | | USA vs. | Sisneros | | | |
| Date: | August 20, 2013 | | Name of Deft: | Steven Sisneros | | | |
| Before the Honorable | | John Thomas Marten, Sitting by Designation from the District of Kansas | | | | | |
| Time In/Out: | 11:01/11:09 | | | Total Time in Court (for JS10): | 8 minutes | | |
| Clerk: | Natalie Maestas | | | Court Reporter: | Janna McKinney | | |
| AUSA: | Mark T. Baker | | | Defendant's Counsel: | Thomas B. Jameson | | |
| VSR in: | Albuquerque | | | Interpreter: | N/A | | |
| Probation Officer: | Dominico Encinias | | | Sworn? | Yes | | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| | Court advises Defendant of his/her rights |
| | Court advises / confirms Defendant is aware of charges and possible penalty |
| **X** | Defendant **ADMITS** violation(s): Failure to report change of address; Failure to attend therapy |
| | Violation report waived |
| **X** | Proceed to sentencing |
| **X** | Supervision - **REVOKED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 8 months; Said term to run concurrently to the sentence imposed in CR 06-49 | | | |
|---|---|---|---|---|
| Supervised Release: | 52 months | Probation: | | 500-Hour Drug Program |

| **SPECIAL CONDITIONS OF SUPERVISION** | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for | months    days |
| | Comply with ICE laws and regulations | | Community service for | months    days |
| **X** | Part in/success complete subst abuse program/testing | | Reside halfway house | months    days |
| **X** | Part in/success complete mental health program | | Register as sex offender | |
| **X** | Refrain from use/possession of alcohol/intoxicants | **X** | Participate in sex offender treatment program | |
| | Submit to search of person/property | **X** | Possess no sexual material | |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services | |
| | No entering, or loitering near, victim's residence | **X** | No contact with children under 18 years | |
| | Provide financial information | **X** | No volunteering where children supervised | |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children | |
| | | **X** | No loitering within 100 feet of school yards | |

| | |
|---|---|
| **X** | OTHER: Participate in educational/vocational program |
| **X** | OTHER: Reside at/complete program at Residential Reentry for a period of up to 6 months |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |

| X | Recommended place(s) of incarceration: | Santa Fe County Detention Center, if eligible |
|---|---|---|
| OTHER COMMENTS | | Court notes violations in this case are identical to the violations in case CR 06-49 which Defendant previously admitted to just prior to this hearing |