| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE ||||||
|---|---|---|---|---|---|
| Before the Honorable Judge Garcia ||||||
| United States Magistrate Judge ||||||
| Clerk's Minutes – Initial – Preliminary - Detention ||||||
| Date: | 5/15/2014 || Case Number: | CR 11-902 MCA ||
| Case Title: USA v. | Steven Sisnero || Liberty: | Pecos @ | 9:48 a.m. |
| Courtroom Clerk: | E. Romero || Total Time: | 4 minutes ||
| Probation/Pretrial: | || Interpreter: | n/a ||
| ATTORNEYS PRESENT: ||||||
| Plaintiff: | Joel Meyers ||| Defendant: | Tom Jameson |
| PROCEEDINGS: ||||||
| ☐ | Defendant Sworn |||||
| ☒ | Defendant received copy of charging document |||||
| ☒ | Defendant advised of rights and penalties |||||
| ☒ | Defendant waives preliminary hearing |||||
| ☒ | Court finds probable cause |||||
| ☒ | Government moves to detain |||||
| ☒ | Defendant waives detention hearing |||||
| ☒ | Defendant remanded to custody of USMS |||||
| ☐ | Defendant released: |||||
| ☒ | Matter referred to Chief Judge Armijo for final disposition |||||
| ☐ | Other: |||||