1105141

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# UNITED STATES DISTRICT COURT
District of New Mexico

14 MAY 29 AM 9:35

CLERK-ALBUQUERQUE

## UNITED STATES OF AMERICA
### V.
### Steven Henry Sisneros

WARRANT FOR ARREST
Duplicate Original
(Pursuant to Rule 41)

**Case: 1:11CR00902-001MCA**

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Steven Henry Sisneros** and bring him or her forthwith
to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release       ☐ Probation Violation       ☒ Supervised Release Violation

charging him or her
Absconding from Diersen Charities halfway house.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for
violation of the conditions of supervision as set by the Honorable M. Christina Armijo   in violation of

18 U.S.C. 3583(e).

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant
pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable Karen B. Molzen /s/ | 05/14/2014, 8:30 pm |
| Name of Issuing Judge | Date and Time |
| Albuquerque | Dominico Encinias /s/ |
| Location | United States Probation/Pretrial Services Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/14/2014 | Antonio Ramirez /DUSA | _signature_ |
| DATE OF ARREST | | |
| 5/15/2014 | | |