| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**VIOLATION OF SUPERVISION PROCEEDINGS**<br>**MINUTE SHEET** | | | | | |
|---|---|---|---|---|---|---|
| CR No.: | 11-902 MCA | | USA vs. | Sisneros | | |
| Date: | June 10, 2014 | | Name of Deft: | Steven Henry Sisneros | | |
| Before the Honorable | | Scott W. Skavdahl, Sitting by Designation from the District of Wyoming | | | | |
| Time In/Out: | 1:39/1:46 - 1:46/2:04 | | Total Time in Court (for JS10): | 25 minutes | | |
| Clerk: | Natalie Maestas | | Court Reporter: | FTR - Gila | | |
| AUSA: | William J. Pflugrath | | Defendant's Counsel: | Thomas B. Jameson | | |
| VSR in: | Albuquerque | | Interpreter: | N/A | | |
| Probation Officer: | Dominico Encinias | | Sworn? | Yes | | No |

| | |
|---|---|
| **X** | Defendant Sworn |
| **X** | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| **X** | Court finds Defendant competent to proceed |
| **X** | Court advises Defendant of his/her rights |
| **X** | Court advises / confirms Defendant is aware of charges and possible penalty |
| **X** | Defendant **ADMITS** violation(s): Absconding from Diersen Charities Halfway House |
| **X** | Proceed to sentencing |
| **X** | Supervision - **REVOKED** |

| **SENTENCE IMPOSED** | | Imprisonment (BOP): 8 months | | |
|---|---|---|---|---|
| Supervised Release: | 36 months | Probation: | | 500-Hour Drug Program |

| **SPECIAL CONDITIONS OF SUPERVISION** | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days | |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days | |
| **X** | Participate in/successfully complete substance abuse | | Reside halfway house ____ months ____ days | |
| **X** | Participate in and attend educational/vocational training | | Register as sex offender | |
| | Submit to search of person/property | **X** | Participate in sex offender treatment program | |
| **X** | Refrain from use/possession of alcohol/intoxicants | **X** | Possess no sexual material | |
| | Refrain from use/possession of synthetic cannabinoids | **X** | No contact with children under 18 years | |
| **X** | Participate in/successfully complete mental health program | **X** | Restricted from occupation with access to children | |
| | No new credit charges | **X** | No loitering within 100 feet of school yards | |
| | Provide financial information | **X** | No volunteering where children supervised | |
| | Grant limited waiver of confidentiality | | No computer with access to online services | |
| | No contact with victim(s) and/or co-defendant(s) | | Consent to USPO conducting periodic exam of computer | |
| **X** | Reside at/complete Residential Reentry Center | | Consent to USPO installing monitoring hardware | |
| **X** | OTHER: Mental Health Assessment shall be completed while Defendant is in custody | | | |
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | |
| **X** | Held in Custody | | Voluntary Surrender | |
| **X** | Recommended place(s) of incarceration: | | FCI Englewood, CO if eligible | |

| | |
|---|---|
| OTHER COMMENTS | Court confirms with counsel that Defendant intends on admitting to violations; Govt. will leave disposition to the Court's discretion; Mr. Jameson requests sentence at the low end and supervised release; Defendant addresses Court |